May Term, 1854.

VINCENT v. DIXON.

---

VINCENT and Wife *v.* DIXON.

In slander, the plaintiff can not prove the speaking of words not laid in the declaration, to aggravate the damages.

Thursday, June 15.

ERROR to the *Delaware* Circuit Court.

*Per Curiam.*—Case for slander. Charge complained of, larceny. Pleas, the general issue and justification.

On the trial, after the plaintiff had proved, by two witnesses, the speaking of the words laid in the declaration, he was permitted by the Court, the defendant objecting, to prove the speaking of similar slanderous words, upon other occasions, expressly for the purpose of aggravating

the damages. The Court erred in this, according to numerous decisions of this Court.

The judgment is reversed with costs. Cause remanded, &c.

*J. S. Buckles* and *W. March*, for the plaintiffs.

*T. J. Sample* and *D. Kilgore*, for the defendant.